AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

FILED
OCT 1 0 2024
CLERK, U.S. ~~~~ CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

ROGELIO FLORES,
Plaintiff,

v.

GENERAL MOTORS, LLC,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-23-CV-0046 AM/JAC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the claims against the Defendant General Motors, LLC are DISMISSED WITH PREJUDICE.

October, 10, 2024
Date



Philip J. Devlin
Clerk

_C. R_____
(By) Deputy Clerk